MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney
ANN MARIE E. URSINI (CABN 269131)
Special Assistant United States Attorney

    150 South Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5061
    Facsimile: (408) 535-5066
    Email:   tom.colthurst@usdoj.gov
                AnnMarie.Ursini@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-CR-00237-DLJ |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| v. ) | EXCLUDING TIME FROM DECEMBER |
| ) | 13, 2011 TO JANUARY 12, 2012 |
| YONUS RAMON DAVIS, ) | |
| ) | |
| Defendant. ) | |

The next status hearing in this matter is set for December 13, 2011, at 9:00 a.m. The defendant Yonus Ramon Davis, represented by Varell L. Fuller, Assistant Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, request that (1) the status hearing as to defendant Davis only be continued to January 12, 2012, at 9:00 a.m., and (2) that time be excluded under the Speedy Trial Act from December 13, 2011 to January 12, 2011, to permit the parties reasonable time necessary for effective preparation. The defense is reviewing voluminous discovery provided in this case. In addition,

ORDER EXCLUDING TIME
Case No. CR 11-00237-DLJ

the parties are engaged in negotiations to resolve this matter.

DATED: December 12, 2011        MELINDA HAAG
                                United States Attorney

                                _____/s/_____
                                Thomas A. Colthurst
                                Assistant United States Attorney


                                _____/s/_____
                                Varell L. Fuller
                                Assistant Federal Public Defender
                                Counsel for Defendant Yonus Ramon Davis

## **ORDER**

Based upon the stipulation of the parties, and for good cause shown, the Court finds that failing to exclude the time between December 13, 2011 and January 12, 2011, would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time between December 13, 2011 and January 12, 2011, from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, IT IS HEREBY FURTHER ORDERED that the time between December 13, 2011 and January 12, 2011, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

DATED: December 12, 2011        _____
                                THE HONORABLE D. LOWELL JENSEN
                                Senior United States District Judge

ORDER EXCLUDING TIME
Case No. CR 11-00237-DLJ