MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.426.0159

Attorney for Robert Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CR11-00237-DLJ |
|---|---|
| Plaintiff, | ) |
| | ) |
| | ) **STIPULATION AND** |
| | ) **[] ORDER CONTINUING** |
| | ) **STATUS CONFERENCE AND** |
| V. | ) **EXCLUDING TIME FROM ARIL 26,** |
| | ) **2012 THROUGH MAY 24, 2012** |
| | ) |
| ROBERT JORDAN, | ) |
| | ) |
| Defendant. | ) |

Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Thomas Colthurst, and defendant Robert Jordan, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the status conference currently scheduled for April 26, 2012 should be continued to May 24, 2012.

The parties further stipulate that time should be excluded under the Speedy Trial Act from April 26, 2012 through May 24, 2012 so that defense counsel can complete reviewing discovery and

Jordan-[] Order Excluding Time - 1 -

investigating the case.

IT IS SO STIPULATED.

                                                MELINDA HAAG
                                                United States Attorney

Date: April 23, 2012

                                                _____/S/_____
                                                THOMAS COLTHURST
                                                Assistant United States Attorney

Date: April 23, 2012                       _____/S/_____
                                                ANN MARIE URSINI
                                                Special Assistant United States Attorney

Date: April 23, 2012                       _____/S/_____
                                                MICHELLE D. SPENCER
                                                Attorney for Robert Jordan

## [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court finds that failing to exclude the time from April 26, 2012 through May 24, 2012 would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from April 26, 2012 through May 24, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from April 26, 2012 through and including May 24, 2012 shall be excluded from computation under the Speedy Trial Act.

Date:_____                                  _____
                                                HON. D. LOWELL JENSEN
                                                Senior United States District Judge