1 | GEOFFREY A. HANSEN
  | Acting Federal Public Defender
2 | VARELL L. FULLER
  | Assistant Federal Public Defender
3 | 160 West Santa Clara Street, Suite 575
  | San Jose, CA 95113
4 | Telephone: (408) 291-7753

5 | Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-00237-DLJ |
| Plaintiff, | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| vs. | |
| YONUS RAMON DAVIS, | |
| Defendant. | |

**STIPULATION**

Defendant Yonus Ramon Davis, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas A. Colthurst, and Special Assistant United States Attorney Ann Marie Ursini, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Thursday, July 19, 2012, at 10:00 a.m., be continued to Thursday, September 27, 2012, at 10:00 a.m.

Mr. Davis has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rule of Criminal procedure to one count of importation into the United States of a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952, 960(a)(1), and 960(b)(3), and aiding the

Stipulation and [] Order Continuing
Hearing                              1

1  same in violation of 18 U.S.C. § 2.  A sentencing hearing is presently set in this matter for July

2  19, 2012, and counsel for Mr. Davis respectfully request additional time to complete the

3  sentencing mitigation investigation and to effectively prepare for the sentencing hearing.

4  Accordingly, the defense respectfully request that the sentencing hearing date be continued to

5  September 27, 2012.  United States Probation Officer Aylin Raya, who has been assigned to

6  conduct the presentence investigation, has been consulted about the requested continuance and

7  has no objection.  The parties further agree that the deadlines by which the United States

8  Probation Office must disclose the draft and final pre-sentence reports shall be adjusted

9  according to the new September 27, 2012, sentencing date.

10

11  Dated:  April 12, 2012

12  _____/s/_____
    VARELL L. FULLER
    Assistant Federal Public Defender
13

14  Dated  April 12, 2012            _____/s/_____
                                     THOMAS A. COLTHURST
15                                   Assistant United States Attorney

16

17  Dated  April 12, 2012            _____/s/_____
                                     ANN MARIE URSINI
                                     Special Assistant United States Attorney
18  //

**[] ORDER**

19

20      GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that

21  the sentencing hearing date set for Thursday, July 19, 2012, at 10:00 a.m. is continued to

22  Thursday, September 27, 2012, at 10:00 a.m., and the dates by which United States Probation

23  must disclose the draft and final pre-sentence reports shall be adjusted accordingly.

24  Dated: [illegible]                _____
25                                    THE HONORABLE D. LOWELL JENSEN
                                      United States District Court Judge
26

Stipulation and [] Order Continuing
Hearing                              2