MICHELLE D. SPENCER, CBN 164696
Law Office of Michelle D. Spencer
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831.458.0502
Fax:831.426.0159

Attorney for Robert Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br><br>V.<br><br>ROBERT JORDAN,<br><br>　　　　　　Defendant. | Case No. CR11-00237-DLJ<br><br>**STIPULATION AND<br>[] ORDER CONTINUING<br>STATUS CONFERENCE AND<br>EXCLUDING TIME FROM MAY 24,<br>2012 THROUGH JUNE 21, 2012** |

Plaintiff United States of America, by and through their counsel Assistant United States Attorney, Thomas Colthurst, and Special Assistant United States Attorney Ann Marie Ursini, and defendant Robert Jordan, by and through his attorney Michelle D. Spencer, hereby stipulate and agree that, subject to the Court's approval, that the status conference currently scheduled for May 24, 2012 should be continued to June 21, 2012.

The parties further stipulate that time should be excluded under the Speedy Trial Act from

Jordan-[] Order Excluding Time　　　　　　- 1 -

May 24, 2012 through June 21, 2012 so that defense counsel can complete her investigation in this case.

IT IS SO STIPULATED.

MELINDA HAAG
United States Attorney

Date: May 21, 2012

_____/S/_____
THOMAS COLTHURST
Assistant United States Attorney

Date: May 21, 2012

_____/S/_____
ANN MARIE URSINI
Special Assistant United States Attorney

Date: May 21, 2012

_____/S/_____
MICHELLE D. SPENCER
Attorney for Robert Jordan

## [PROPOSED] ORDER

Based upon the foregoing stipulation of the parties, and good cause appearing therefor, the Court finds that failing to exclude the time from May 24, 2012 through June 21, 2012 would unreasonably deny the defendant continuity of counsel and the reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding the time from May 24, 2012 through June 21, 2012 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time from May 24, 2012 through and including June 21, 2012 shall be excluded from computation under the Speedy Trial Act.

Date:_____

_____
HON. D. LOWELL JENSEN
Senior United States District Judge