MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 11-CR-00237-DLJ |
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING HEARING DATE |
| YONUS RAMON DAVIS, | |
| Defendant. | |

     The defendant YONUS RAMON DAVIS, represented by Varell L. Fuller, Assistant Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for September 27, 2012, be continued to October 18, 2012. The Probation Officer has been consulted before making this request, and is available.

     No other defendants are affected by this request.

////

////

STIPULATION AND [] ORDER
Case No. 11-CR-00237-DLJ

SO STIPULATED:

Dated: August 21, 2012      /S/
Thomas A. Colthurst
Assistant United States Attorney


Dated: August 21, 2012      /S/
Varell L. Fuller, Assistant Federal Public Defender
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. YONUS RAMON DAVIS*, scheduled for September 27, 2012, is continued to October 18, 2012, at 10:00 a.m.

DATED: Ì EOCEFG

THE HONORABLE D. LOWELL JENSEN
United States District Judge