MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS A. COLTHURST (CABN 99493)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408)-535-5065
   Fax: (408)-535-5066
   E-Mail: tom.colthurst@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>YONUS RAMON DAVIS,<br><br>   Defendant. | No. 11-CR-00237-DLJ<br><br>STIPULATION AND []<br>ORDER CONTINUING HEARING DATE |

The defendant YONUS RAMON DAVIS, represented by Varell L. Fuller, Assistant Federal Public Defender, and the government, represented by Thomas A. Colthurst, Assistant United States Attorney, respectfully request that the sentencing hearing currently scheduled for October 18, 2012, be continued to November 8, 2012.

No other defendants are affected by this request.

The parties are also requesting that the time for the parties to respond to the draft presentence report be extended to October 5, 2012, the time for the probation office to disclose the final presentence report be extended to October 25, 2012 (fourteen days before the new

STIPULATION AND [] ORDER
Case No. 11-CR-00237-DLJ

sentencing date), the time to file objections to the final presentence report be set for October 29, 2012 (four days after the new disclosure date), and the time for the parties to file sentencing memoranda be set for November 1, 2012 (seven days before the new sentencing date).

SO STIPULATED:

Dated: September 26, 2012  /S/
Thomas A. Colthurst
Assistant United States Attorney

Dated: September 26, 2012  /S/
Varell L. Fuller, Assistant Federal Public Defender
Attorney for Defendant

Accordingly, for good cause shown, the Court HEREBY ORDERS that the sentencing hearing for *United States v. YONUS RAMON DAVIS*, scheduled for October 18, 2012, is continued to November 8, 2012, at 10:00 a.m. The time for the parties to respond to the draft presentence report is extended to October 5, 2012, the time for the probation office to disclose the final presentence report is extended to October 25, 2012, the time to file objections to the final presentence report is extended to October 29, 2012, and the time for the parties to file sentencing memoranda is extended to November 1, 2012.

DATED: 

THE HONORABLE D. LOWELL JENSEN
United States District Judge