| | |
|---|---|
| 1 | STEVEN G. KALAR |
|   | Federal Public Defender |
| 2 | VARELL L. FULLER |
|   | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
|   | San Jose, CA 95113 |
| 4 | Telephone: (408) 291-7753 |
| 5 | Counsel for Defendant DAVIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00237-DLJ |
|  | ) |  |
| Plaintiff, | ) | STIPULATION AND [] |
|  | ) | ORDER CONTINUING SENTENCING |
| vs. | ) | HEARING DATE |
|  | ) |  |
| YONUS RAMON DAVIS, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **STIPULATION**

Defendant Yonus Ramon Davis, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas A. Colthurst, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Thursday, November 8, 2012, at 10:00 a.m., be continued to Thursday, December 6, at 10:00 a.m.

Mr. Davis has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rule of Criminal procedure to one count of importation into the United States of a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952, 960(a)(1), and 960(b)(3), and aiding the same in violation of 18 U.S.C. § 2. A sentencing hearing is presently set in this matter for

Stipulation and [] Order Continuing
Hearing                                              1

1  November 8, 2012, and counsel for Mr. Davis respectfully request that the sentencing hearing
2  date be continued to permit United States Probation additional time to consider the defendant's
3  objections and comments with respect to the draft presentence report prepared in this matter.
4  Accordingly, the parties respectfully request that the sentencing hearing date be continued to
5  December 6, 2012. United States Probation Officer Aylin Raya, who has been assigned to
6  conduct the presentence investigation, has been consulted about the requested continuance and
7  has no objection. The parties further agree that the deadlines by which the United States
8  Probation Office must disclose the draft and final pre-sentence reports shall be adjusted
9  according to the new December 6, 2012, sentencing date.

10

11 Dated: October 18, 2012
                                          _____/s/_____
12                                        VARELL L. FULLER
                                          Assistant Federal Public Defender
13

14 Dated  October 18, 2012               _____/s/_____
                                          THOMAS A. COLTHURST
15                                        Assistant United States Attorney

16
   //
17                                    **[] ORDER**

18     GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that
19 the sentencing hearing date set for Thursday, November 8, 2012, at 10:00 a.m. is continued to
20 Thursday, December 6, 2012, at 10:00 a.m., and the dates by which United States Probation must
21 disclose the draft and final pre-sentence reports shall be adjusted accordingly.

22
23 Dated: FFĐĐFG                          _____
                                          THE HONORABLE D. LOWELL JENSEN
24                                        United States District Court Judge

25

26

Stipulation and [] Order Continuing
Hearing                              2