| | |
|---|---|
| 1 | STEVEN G. KALAR |
| | Federal Public Defender |
| 2 | VARELL L. FULLER |
| | Assistant Federal Public Defender |
| 3 | 160 West Santa Clara Street, Suite 575 |
| | San Jose, CA  95113 |
| 4 | Telephone:  (408) 291-7753 |
| 5 | Counsel for Defendant DAVIS |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00237-DLJ | |
| | ) | | |
| Plaintiff, | ) | STIPULATION AND [] | |
| | ) | ORDER CONTINUING SENTENCING | |
| vs. | ) | HEARING DATE | |
| | ) | | |
| YONUS RAMON DAVIS, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## **STIPULATION**

Defendant Yonus Ramon Davis, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas A. Colthurst, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing currently set in this matter for Thursday, December 6, 2012, at 10:00 a.m., be continued to Thursday, February 7, 2013 at 10:00 a.m.

Mr. Davis has entered a plea pursuant to Rule 11(c)(1)(A) and 11(c)(1)(C) of the Federal Rule of Criminal procedure to one count of importation into the United States of a Schedule I controlled substance, in violation of 21 U.S.C. §§ 952, 960(a)(1), and 960(b)(3), and aiding the same in violation of 18 U.S.C. § 2.  A sentencing hearing is presently set in this matter for

Stipulation and [] Order Continuing
Hearing                                                                1

1  December 6, 2012.  The sentencing hearing in this matter has previously been continued to
2  permit the Probation Officer assigned to this matter additional time to consider late objections to
3  the draft Presentence Report by the defense.  Probation has prepared and submitted the final
4  report, and counsel for Mr. Davis respectfully request that the sentencing hearing date be
5  continued to permit the defense additional time to prepare briefing with respect to findings made
6  by United States Probation with which the defense disagrees.  Additionally, the defense requires
7  additional time to prepare and coordinate witnesses that counsel for Mr. Davis anticipates will
8  either testify and or address the Court at the sentencing hearing.  The Probation Officer assigned
9  to this matter has been consulted about the continuance and has no objection. Accordingly, the
10 parties respectfully request that the sentencing hearing date be continued to February 7, 2013.

Dated:  December 5, 2012

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated:  December 5, 2012

_____/s/_____
THOMAS A. COLTHURST
Assistant United States Attorney

## [] ORDER

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Thursday, December 6, 2012, at 10:00 a.m. is continued to Thursday, February 7, 2013, at 10:00 a.m..

Dated:  FGĐĐFG

_____
THE HONORABLE D. LOWELL JENSEN
United States District Court Judge