MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel: 831 458 0502
Fax: 831 515 5053

Attorney for Robert Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT JORDAN,<br><br>Defendant. | CASE NO: CR11-00237-DLJ<br><br><br>STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING TO APRIL 11, 2013 |

The parties, Robert Jordan, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently scheduled for February 14, 2013 be continued to April 11, 2013 at 10:00 a.m.

Defense counsel respectfully requests additional time to prepare for sentencing. In discussions with United States Probation Officer Aylin Raya, it appears there are some significant legal issues with regard to the guidelines calculations involving MDMA (ecstasy).

- 1 -

Stipulation and [] Order Continuing Sentencing Hearing

This is the first requested continuance of Mr. Jordan's sentencing. United States Probation Officer Aylin Raya has indicated that she has no objection to the continuance. The parties further stipulate that the deadlines by which the United States Probation Office must disclose the draft and final pre-sentence reports shall be modified to reflect the new sentencing date of April 11, 2013.

IT IS SO STIPULATED.

Dated: December 11, 2012      MELINDA HAAG
                              United States Attorney

                              _____/S/_____
                              THOMAS COLTHURST
                              Assistant United States Attorney


Dated: December 11, 2012      _____/S/_____
                              MICHELLE D. SPENCER
                              Counsel for Robert Jordan

[] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the sentencing hearing currently scheduled for Robert Jordan on February 14, 2013, shall be continued to April 11, 2013, at 10:00 a.m., and the dates by which the United States Probation Office must disclose the draft and final pre-sentence reports shall be modified accordingly.

IT IS SO ORDERED.

Dated:_____        _____
                              THE HONORABLE D. LOWELL JENSEN
                              Senior United States District Judge

Stipulation and [ Order Continuing Sentencing Hearing