MICHELLE D. SPENCER, CBN 164696
LAW OFFICE OF MICHELLE D. SPENCER
55 River Street, Suite 100
Santa Cruz, CA 95060
Tel:  831 458 0502
Fax: 831 515 5053

Attorney for Robert Jordan

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | CASE NO:  CR11-00237-DLJ |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING TO MAY 30, 2013 |
| ROBERT JORDAN, | |
| Defendant. | |

    The parties, Robert Jordan, and the government, by and through their respective counsel, hereby stipulate, subject to the Court's approval, that the sentencing hearing currently scheduled for May 9, 2013 be continued to May 30, 2013 at 10:00 a.m.

    United States Probation Officer Aylin Raya has indicated that she has no objection to the proposed continuance.  She is available May 30, 2013.

///

//

- 1 -

Stipulation and [] Order Continuing Sentencing Hearing

IT IS SO STIPULATED.

Dated: April 24, 2013       MELINDA HAAG
                            United States Attorney

                            _____/S/_____
                            THOMAS COLTHURST
                            Assistant United States Attorney


Dated: April 24, 2013       _____/S/_____
                            MICHELLE D. SPENCER
                            Counsel for Robert Jordan

## [] ORDER

GOOD CAUSE APPEARING, and upon the stipulation of the parties,

IT IS HEREY ORDERED that the sentencing hearing currently scheduled for Robert Jordan on May 9, 2013, shall be continued to May 30, 2013, at 10:00 a.m.

Dated:_____       _____
                            THE HONORABLE D. LOWELL JENSEN
                            Senior United States District Judge

Stipulation and [] Order Continuing Sentencing Hearing